

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00047-CV

| | | |
|---|---|---|
| Ramon Ruiz | § | From the 211th District Court |
| | § | of Denton County (2012-30679-211) |
| v. | | |
| | § | September 4, 2014 |
| Selene Peregrino Ruiz | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Ramon Ruiz shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
      Chief Justice Terrie Livingston